**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00223-CR**
_____

**BART THOMAS MOORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Cause No. CR-21-0092**

**ORDER**

The Court has received one volume of a reporter's record from court reporter, Louella Badipour, who also filed a letter stating that "[a]ll other hearings were taken by the electronic recording device." The remaining reporter's record (consisting of certified copies of the audio storage devices, any designated exhibits, and the log prepared by the court recorder) in this appeal, due August 31, 2022, has not been filed. Leona Wiggins, a court recorder, is responsible for preparing, certifying, and timely filing the remaining reporter's record. *See* Tex. R. App. P. 35.3(b). On

1

September 30, 2022, we informed the court recorder that the record must be filed within thirty days or the matter would be referred for an enforcement order. The court recorder failed to file the remaining record by the due date.

It is, therefore, ORDERED that the appeal is abated and the cause remanded to the trial court for a hearing to determine why the remaining reporter's record has not been filed. The trial court shall determine whether the appellant has requested that the reporter's record be prepared, and whether the party responsible for paying for the preparation of the remaining reporter's record has paid the reporter's fee, or has made satisfactory arrangements with the reporter to pay the fee, or is entitled to the reporter's record without paying the fee. The trial court shall determine why the court recorder did not timely file the record and may make such orders as shall be necessary to ensure the remaining reporter's record is promptly filed. A reporter's record shall be made of the hearing and, together with a supplemental clerk's record containing any findings or orders of the trial court, shall be filed with the Court of Appeals by December 19, 2022.

ORDER ENTERED November 17, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.

2